**CLERISY CORPORATION and Reed Transition Technologies LLC, Plaintiffs–Appellees,**

v.

**AIRWARE HOLDINGS INCORPORATED (doing business as Airware Labs) and Crown Dynamics Corporation, Defendants–Appellants.**

No. 2014–1211.

United States Court of Appeals, Federal Circuit.

Sept. 16, 2014.

Devan V. Padmanabhan, Winthrop & Weinstine, P.A., of Minneapolis, MN, argued for defendants-appellants. With him on the brief were Paul J. Robbennolt and Michelle E. Dawson.

Jeremy P. Oczek, Bond Schoeneck & King PLLC, of Buffalo, NY, argued for plaintiffs-appellees. With him on the brief were Frederick J.M. Price and Kate I. Reid, of Syracuse, NY.

CHEN, MAYER, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**